certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. R. Kemp Slaughter* and *Hugh C. Bickford* for petitioner. *Solicitor General Biggs* for respondent.

No. 293. HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* HENRY B. BABSON;

No. 294. SAME *v.* GUSTAVUS BABSON; and

No. 295. SAME *v.* FRED K. BABSON. October 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. George K. Bowden* for respondents.

No. 126. STRAUS ET AL. *v.* FIEST, TRUSTEE IN BANKRUPTCY, ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel C. Duberstein* for petitioners. *Mr. Oscar A. Lewis* for respondents.

No. 129. GRAMMER, ADMINISTRATRIX, *v.* MID-CONTINENT PETROLEUM CORP. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Roscoe E. Harper* and *Gentry Lee* for petitioner. *Messrs. James C. Denton* and *Richard H. Wills* for respondent.

No. 130. UNITED STATES EX REL. SHOSHONE IRRIGATION DISTRICT *v.* ICKES, SECRETARY OF THE INTERIOR. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Chester I. Long, Peter Q. Nyce, E. J.*